IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Mohammad Sajid, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:10cv53(GBL) |
| ) | |
| Wells Fargo Bank, N.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

THIS MATTER is before the Court on Plaintiffs' Motion to Remand to State Court and Award Attorney Fees (Dkt. No. 7). For the reasons stated in open court on Friday, February 26, 2010, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED in part and DENIED in part. The Court GRANTS Plaintiffs' Motion to Remand to State Court because all of the claims pled in the Amended Complaint are state claims and therefore no substantial federal question exists. The Court DENIES Plaintiffs Motion to Award Attorney Fees because Defendants had an objectively reasonable basis for seeking removal under *Martin v. Franklin Capital Corp.*,

546 U.S. 132, 148 (2005). This case is remanded to Prince William County Circuit Court.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this \_\_\_\_ day of March, 2010.

Alexandria, Virginia

                                          /s/
                                    Gerald Bruce Lee
                                    United States District Judge